# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BRENDA ROPER** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ALDER HOLDINGS, LLC,** a Utah limited liability company,<br><br>*Defendant.* | Case no. 1:19-cv-01222-MLB |

## Stipulated Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Brenda Roper and Defendant Alder Holdings, LLC hereby agree to the dismissal with prejudice of Plaintiff's individual claims and without prejudice to the putative class's claim, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 13, 2019

/s/ Misty Oaks Paxton
Misty Oaks Paxton, Esq.
3315 Charleston Court
Decatur, GA 30034
Telephone: (404) 725-5697
Facsimile: (775) 320-3698
attyoaks@yahoo.com

Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th FL

Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*


/s/ Cammi R. Jones
Cammi R. Jones
Ga. Bar No. 398999
Cammi.Jones@FisherBroyles.com
FISHERBROYLES, LLP
945 E. Paces Ferry Rd. Ste. 2000
Atlanta, GA 30326
Telephone: (404) 551-3585

Matthew Pitts
MN. Bar No. 0399022; *Pro hac vice*
matt@allenlawyer.com
Allen, Mitchell & Allen
2091 E. Murray Holladay Rd. Suite 21
Salt Lake City, UT 84117
Telephone: (801) 930-1117

*Attorneys for the Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Misty Oaks Paxton*